UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO ZAMORA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL WALLAU dba MIKE'S CAFÉ, et al.,<br><br>    Defendants. | Case No.: C 09-5717 PVT<br><br>**ORDER** C**ONTINUING** C**ASE** M**ANAGEMENT** C**ONFERENCE AND** S**ETTING** D**EADLINES** |

On March 17, 2010, the parties filed a Joint Case Management Conference Statement in which they indicate that one of the disputed legal issues is whether Defendant Michael Wallau was properly named as an individual Defendant in this matter. From the file herein it appears that Defendant Michael Wallau has not answered the complaint. It is not clear from the file whether Defendant Michael Wallau has been served with the complaint. Based on the Joint Case Management Conference Statement and the file herein,

IT IS HEREBY ORDERED that, no later than April 6, 2010, Plaintiff shall file a proof of service of summons and complaint on Defendant Michael Wallau, and, if service was made before March 1, 2010, a request for entry of default. If Defendant Michael Wallau files an answer or other response to the complaint by April 5, 2010 (or if Plaintiff files a dismissal of Defendant Michael Wallau), then Plaintiff need not comply with this paragraph.

O*RDER*, *page 1*

1   IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to
2  April 27, 2010.  The parties shall file an updated Joint Case Management Conference Statement no
3  later than April 20, 2010.
4  Dated: *March 23, 2010*

```
                              PATRICIA V. TRUMBULL
                              United States Magistrate Judge
```